**Fred PERRY, Petitioner–Appellee,**

v.

**STATE OF MONTANA, Respondent– Appellant.**

**No. 91–35285.**

United States Court of Appeals, Ninth Circuit.

Aug. 18, 1992.

Before: WRIGHT, NORRIS, and HALL, Circuit Judges.

The petition for rehearing, filed April 28, 1992 is GRANTED.

This court's opinion, filed April 15, 1992 is hereby withdrawn.